**Nina ROBERTS, Consolidated Plaintiff–Appellant,**

v.

**BAYER HEALTHCARE, Bayer AG, et al., Defendants–Appellees.**

No. 10–11598
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 18, 2010.

Jeffrey J. Lowe, The Lowe Law Firm, Corey D. Sullivan, Carey & Danis, St. Louis, MO, Neil Duane Overholtz, Aylstock, Witkin, Kreis & Overholtz, Pensacola, FL, for Plaintiff–Appellant.

Steven E. Derringer, Shayna Cook, Bartlit Beck Herman Palenchar & Scott LLP, Eugene Schoon, Sidley Austin, Chicago, IL, Patricia Lowry, Barbara Bolton Litten, Squire, Sanders & Dempsey L.L.P., Guy E. Motzer, Steel, Hector & Davis, LLP, West Palm Beach, FL, Lowell S. Fine, Alembik, Fine & Callner, Seth A. Litma, Alembik, Fine & Callnre, P.A., Atlanta, GA, Alan G. Schwartz, Wiggins & Dana, New Haven, CT, Rebecca K. Wood, Sidley Austin Brown & Wood, LLP, Washington, DC Catherine Marie Valerio Barrad, Sidley & Austin, Los Angeles, CA, Erik W. Legg, Farrell, Farrell & Farrell PLLC, Huntington, WV, Brian A. Wahl, Bradley Arant Boult Cummings LLP, Birmingham, AL, Christopher Lopalo, Napoli Bern Ripka LLP, Great River, NY, for Defendants–Appellees.

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of the appellees is affirmed for the reasons set forth in the Order Granting Motion for Summary Judgment entered by the district court on March 5, 2010.

AFFIRMED.